JOEL A. SCHIFFMAN (SBN 90138)
*schiffman@thewbkfirm.com*
**WEINER BRODSKY KIDER PC**
300 Spectrum Center Drive, Suite 400
Irvine, CA 92618
Tel.: 949.754.3010
Fax: 202.628.2011

MITCHEL H. KIDER (SBN 116479)
*kider@thewbkfirm.com*
MICHAEL Y. KIEVAL (*pro hac vice* forthcoming)
*kieval@thewbkfirm.com*
**WEINER BRODSKY KIDER PC**
1300 19th Street NW, 5th Floor
Washington DC 20036
Tel.: 202.628.2000
Fax: 202.628.2011

*Attorneys for Defendant*
WYNDHAM CAPITAL MORTGAGE, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACKIE WINTERS, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WYNDHAM CAPITAL MORTGAGE, INC. <br><br> Defendant. | Case No. 2:17-cv-01419-BRO-RAO <br><br> **NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WYNDHAM CAPITAL MORTGAGE, INC.** |

The undersigned, counsel of record for Defendant Wyndham Capital Mortgage, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.     Plaintiff Jackie Winters

2.     Lemon Protection (the business whose phone was called)

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

3.      Defendant Wyndham Capital Mortgage, Inc.

4.      Jeff Douglas (owner of Defendant)

5.      Law Office of Todd M. Friedman, P.C. (Plaintiff's counsel)

6.      Weiner Brodsky Kider PC (Defendant's counsel)

Wyndham Capital Mortgage, Inc. is a privately held corporation.  No other publicly held corporation owns 10% or more of the stock of Defendant Wyndham Capital Mortgage, Inc.

Dated: March 24, 2017                    **WEINER BRODSKY KIDER PC**

By: /s/ Joel A. Schiffman
JOEL A. SCHIFFMAN (SBN 90138)
*schiffman@thewbkfirm.com*
300 Spectrum Center Drive, Suite 400
Irvine, CA 92618
Tel.: 949.754.3010
Fax: 202.628.2011

MITCHEL H. KIDER (SBN 116479)
*kider@thewbkfirm.com*
MICHAEL Y. KIEVAL (*pro hac vice* forthcoming)
*kieval@thewbkfirm.com*
1300 19th Street NW, 5th Floor
Washington DC 20036
Tel.: 202.628.2000
Fax: 202.628.2011

*Attorneys for Defendant*
WYNDHAM CAPITAL MORTGAGE, INC.

NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE
STATEMENT OF DEFENDANT WYNDHAM CAPITAL MORTGAGE, INC.