Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

JOEL A. SCHIFFMAN (SBN 90138)
*schiffman@thewbkfirm.com*
**WEINER BRODSKY KIDER PC**
300 Spectrum Center Drive, Suite 400
Irvine, CA 92618
Tel.: 949.754.3010
Fax: 202.628.2011

MITCHEL H. KIDER (SBN 116479)
*kider@thewbkfirm.com*
MICHAEL Y. KIEVAL (*pro hac vice*)
*kieval@thewbkfirm.com*
**WEINER BRODSKY KIDER PC**
1300 19th Street NW, 5th Floor
Washington DC 20036
Tel.: 202.628.2000
Fax: 202.628.2011

*Attorneys for Defendant*
WYNDHAM CAPITAL MORTGAGE, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACKIE WINTERS, individually and on behalf of all others similarly situated, | Case No. 2:17-cv-01419-BRO-RAO |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| WYNDHAM CAPITAL MORTGAGE, INC. | Judge: Hon. Beverly Reid O'Connell |
| Defendant. | |

- 1 -
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Jackie Winters ("Plaintiff") and Defendant Wyndham Capital Mortgage, Inc. ("Wyndham") respectfully submit this Stipulation of Voluntary Dismissal of the above-captioned matter, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties shall bear their own costs. Dismissal is with prejudice as to Plaintiff's claims, and without prejudice as to the putative class.

Dated: June 8, 2017             Respectfully submitted,

By: /s/ Todd M. Friedman
Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
mgeorge@toddflaw.com
*Attorneys for Plaintiff*

*Attorneys for Plaintiff*
JACKIE WINTERS


By: /s/ Michael Y. Kieval
MICHAEL Y. KIEVAL (*pro hac vice*)
*kieval@thewbkfirm.com*
MITCHEL H. KIDER (SBN 116479)
*kider@thewbkfirm.com*
**WEINER BRODSKY KIDER PC**
1300 19th Street NW, 5th Floor
Washington DC 20036
Tel.: 202.628.2000
Fax: 202.628.2011

- 2 -
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

JOEL A. SCHIFFMAN (SBN 90138)
*schiffman@thewbkfirm.com*
**WEINER BRODSKY KIDER PC**
300 Spectrum Center Drive, Suite 400
Irvine, CA 92618
Tel.: 949.754.3010
Fax: 202.628.2011

*Attorneys for Defendant*
WYNDHAM CAPITAL MORTGAGE, INC.

1  Filed electronically on this 9th Day of June, 2017, with:
2  United States District Court CM/ECF system.
3  Notification sent electronically on this 9th Day of June, 2017, to:

4  Honorable Beverly Reid O'Connell
5  United States District Court
   Central District of California
6
   And All Counsel of Record as Recorded On The Electronic Service List
7

8

9  /s/ Todd M. Friedman, Esq.
10 TODD M. FRIEDMAN

- 4 -
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE