# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACKIE WINTERS,** Individually, And On Behalf Of All Others Similarly Situated, | Case No. 2:17-cv-01419-BRO-RAO |
| Plaintiff, | **ORDER TO DISMISS** |
| v. | |
| **WYNDHAM CAPITAL MORTGAGE, INC.,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 12, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge